## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HXI LOGISTICS, INC., | )<br>) |
| Plaintiff, | )<br>) Case No. 1:22-cv-07034<br>) |
| v. | ) Honorable LaShonda A. Hunt<br>) |
| TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | )<br>) |

### STIPULATION TO DISMISS LAWSUIT

The parties, by and through their undersigned attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), having settled and resolved all matters and disputes raised or which could have been raised in this lawsuit, stipulate and agree to the dismissal of this lawsuit, including all claims and counterclaims raised herein, in its entirety with prejudice and without costs to either party.

| | |
|---|---|
| **HXI LOGISTICS, INC.,**<br>**Plaintiff,** | **TRAVELERS PROPERTY CASUALTY**<br>**COMPANY OF AMERICA**, Defendant |
| By:/s/ Tami J. Diamond<br>Counsel for Plaintiff | By:/s/ Adam H. McCabe<br>Counsel for Defendant |
| Tami J. Diamond<br>Tom Koziol<br>Kurt E. Vragel, Jr., P.C.<br>1701 E. Lake Ave.<br>Suite 170<br>Glenview, IL 60025<br>(847) 657-8551<br>tami@kevtrucks.com<br>tom@kevtrucks.com | Adam H. McCabe<br>Robert G.S. Hartzer<br>Cassiday Schade, LLP<br>222 West Adams Street<br>Suite 2900<br>Chicago, IL 60606<br>(312) 641-3100<br>Amccabe@cassiday.com<br>Rhartzer@cassiday.com |
| Dated: February 16, 2024 | Dated: February 16, 2024 |